| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>KML Law Group, P.C.<br>By:<br>Denise Carlon, Esquire<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>215-627-1322<br>Attorneys for Movant:  Ditech Financial LLC | Order Filed on March 17, 2017<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>  George Taylor Jr. aka George J. Taylor<br>                Debtor | Case No.:     16-10783-JNP<br><br>Chapter:          13<br><br>Hearing Date:  March 28, 2017<br><br>Judge:           Jerrold N. Poslusny Jr. |

# ORDER APPROVING LOAN MODIFICATION

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: March 17, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of Ditech Financial LLC to Approve Loan Modification Agreement as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED THAT:** the Loan Modification is hereby APPROVED with regard to the following:

■   Real Property More Fully Described as:

**Land and premises commonly known as 300 Glen Avenue, Egg Harbor Township, NJ 08234**

☐   Personal Property More Fully Describes as:

**IT IS FURTHER ORDERED THAT** the event a loan modification is completed and the pre-petition arrears are capitalized into the loan, secured creditor shall withdraw the claim without prejudice or amend the arrearage portion of its proof of claim to the amount paid by the Trustee to date within thirty (30) days of completion of the loan modification; and

The Chapter 13 Trustee shall suspend disbursements to secured creditor pending completion of the loan modification and all money that would otherwise be paid to the secured creditor be held until the claim is withdrawn or amended or the Trustee is notified by secured creditor that the modification was not consummated; and

In the event that the modification is not consummated, the secured creditor shall notify the Trustee and Debtor's attorney of same. Any money that was held by the Trustee pending the completion of the modification shall be paid to the secured creditor; and

In the event the Proof of Claim is withdraw or amended, the Trustee may disburse the funds being held pursuant to this Order to other creditors in accordance with the provisions of the confirmed plan; and

Debtor shall file a Modified Chapter 13 Plan and Amended Schedule J within twenty (20) days of the date of this Order.

With respect to any post-petition orders, claims for post-petition mortgage arrears, and orders for creditor's attorney fees which are being capitalized into the loan, secured creditor will amend any and all post-petition orders or claims within 30 days after completion of the loan modification.

United States Bankruptcy Court
District of New Jersey

In re:  
George Taylor,, Jr.  
    Debtor

Case No. 16-10783-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Mar 17, 2017  
                       Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2017.  
db          George Taylor,, Jr.,    300 Glenn Ave,    Egg Harbor Township, NJ    08234-6206

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2017                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2017 at the address(es) listed below:
- Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
- Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
- Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
- Jeanette F. Frankenberg    on behalf of Creditor   Ditech Financial LLC cmecf@sternlav.com
- Raymond  Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
- Scott M. Zauber    on behalf of Debtor George  Taylor,, Jr. szauber@subranni.com, ecf@subranni.com;desk@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.com;hinnaurato@subranni.com
- Thomas J Subranni    on behalf of Debtor George  Taylor,, Jr. ecf@subranni.com, desk@subranni.com;jwiesner@subranni.com;hinnaurato@subranni.com;G21182@notify.cincompass.com;szauber@subranni.com;cwild@subranni.com

     TOTAL: 7