Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  16−10783−JNP
        Chapter:  13
        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   George Taylor, Jr.
   aka George J. Taylor
   300 Glenn Ave
   Egg Harbor Township, NJ 08234−6206

Social Security No.:
   xxx−xx−8691

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/16/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 16, 2017
JAN: dac

        Jeanne Naughton
        Clerk

```
                              United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                  Case No. 16-10783-JNP
George Taylor,, Jr.                                                     Chapter 13
        Debtor                   CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                 Page 1 of 3                  Date Rcvd: Jun 16, 2017
                              Form ID: 148                Total Noticed: 64


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 18, 2017.
db             George Taylor,, Jr.,    300 Glenn Ave,    Egg Harbor Township, NJ 08234-6206
cr            +Ditech Financial LLC,    Stern Lavinthal & Frankenberg LLC,    105 Eisenhower Parkway,
                Suite 302,    Roseland, NJ 07068-1640
515949205      Academy Collection Service, Inc,    10965 Decatur Rd,    Philadelphia, PA 19154-3210
515949207      Allied Interstate, LLC,    ATTN Sprint,    PO Box 1954,    Southgate, MI 48195-0954
515949211     +Atlantic City Medical Center,    65 W Jimmie Leeds Rd,    Pomona, NJ 08240-9102
515949212     +BAC Home -Countrywide,    450 American St #SV416,    Simi Valley, CA 93065-6285
515949217     +CCB Credit Services, Inc.,    POB 272,    Springfield, IL 62705-0272
515949218      Citifinancial,    605 Munn Rd E # C,    Fort Mill, SC 29715-8421
516143082    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                PO Box 10390,    Greenville, SC 29603-0390)
515949222      Eichenbaum & Stylianou,    ATTN GEMoneyBank,    PO Box 914,    Paramus, NJ 07653-0914
515949223      Enhanced Recovery,    ATTN verizon,    PO Box 57547,    Jacksonville, FL 32241-7547
515949224     +First National Collection Bureau,    610 Waltham Way,    Sparks, NV 89434-6695
515949227     +Hayt Hayt & Landau,    Attn: Discover Direct Rewards,    2 Industrial Way W,
                Eatontown, NJ 07724-2279
516091883     +MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI 48090-2011
515949236     #OCWEN Loan Servicing,    1525 S Belt Line Rd,    Coppell, TX 75019-4913
515949238      PRA Receivables Managment, LLC,    C/O Citibank, POB 41067,
                As Agent Of Portfolio Recovery Assoc.,    Norfolk, VA 23541-0000
515949239      Pressler And Pressler, LLP,    7 Entin Road,    Attn: Midland Funding LLC - Target,
                Parsippany, NJ 07054-5020
515949241     +Rickart Collection Systems,    ATTN AC Medical Center,    575 Milltown Rd,
                North Brunswick, NJ 08902-3336
515949242      Rickart Collection Systems, Inc.,    PO Box 7242,    North Brunswick, NJ 08902-7242
515949247    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: State Of New Jersey,    POB 245 Div Taxation Bankruptcy Unit,
                Trenton, NJ 08695-0000)
515949244     +Seventh Avenue,    1112 7th Ave.,    Monroe, WI 53566-1364
515949246     +Sprint Wireless,    4839 N. Elston Ave.,    Attn; Harvard Collection Services,
                Chicago, IL 60630-2534
515949249     #Tate & Kirlin Associates,    ATTN Ally,    2810 Southampton Rd,    Philadelphia, PA 19154-1207
515949251     +The CBE Group, Inc.,    POB 2635,    Waterloo, IA 50704-2635
515949254     +Virtuoso Sourcing Group,    ATTN Sprint,    4500 Cherry Creek S Dr # 300,    Denver, CO 80246-1531
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 16 2017 21:31:06    U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 16 2017 21:31:05    United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
515949206     +EDI: LTDFINANCIAL.COM Jun 16 2017 21:23:00    Advantage Assets II, Inc.,
                7322 SW Fwy Ste 1600,    Houston, TX 77074-2134
515949208      EDI: AMEREXPR.COM Jun 16 2017 21:23:00    American Express,    POB 981537,
                El Paso, TX 79998-1537
515949209     +EDI: AIS.COM Jun 16 2017 21:23:00    American Infosource,    PO Box 269093,
                Oklahoma City, OK 73126-9093
515949210     +EDI: ARSN.COM Jun 16 2017 21:23:00    Associated Recovery Systems,    POB 469046,
                Escondido, CA 92046-9046
515949213      EDI: CAPITALONE.COM Jun 16 2017 21:23:00    Capital One,    POB 30281,
                Salt Lake City, UT 84130-0281
515949214      EDI: CAPITALONE.COM Jun 16 2017 21:23:00    Capital One Bank (USA), N.A.,    PO Box 71083,
                Charlotte, NC 28272-1083
515949216     +EDI: CAPITALONE.COM Jun 16 2017 21:23:00    Capital One Bank USA NA,    POB 30281,
                Salt Lake City, UT 84130-0281
515949215      EDI: CAPITALONE.COM Jun 16 2017 21:23:00    Capital One Bank USA Na,    PO Box 30285,
                Salt Lake City, UT 84130-0285
515949219     +EDI: RCSFNBMARIN.COM Jun 16 2017 21:23:00    Credit One Bank,    POB 98872,
                Las Vegas, NV 89193-8872
515949220      EDI: RCSDELL.COM Jun 16 2017 21:23:00    Dell Financial Services Web Bank,    PO Box 81607,
                Austin, TX 78708-1607
515949221     +E-mail/Text: bankruptcy.bnc@ditech.com Jun 16 2017 21:31:01    Ditech Financial LLC,
                POB 6172,    Rapid City, SD 57709-6172
516174010      E-mail/Text: bankruptcy.bnc@ditech.com Jun 16 2017 21:31:01    Ditech Financial LLC (see 410),
                PO Box 6154,    Rapid City, SD 57709-6154
516819022      E-mail/Text: bankruptcy.bnc@ditech.com Jun 16 2017 21:31:01
                Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                Rapid City, South Dakota 57709-6154
515949225     +EDI: RMSC.COM Jun 16 2017 21:23:00    GEMB/Care Credit,    POB 965036,    Orlando, FL 32896-5036
515949226      E-mail/Text: bankruptcy.bnc@ditech.com Jun 16 2017 21:31:01    Green Tree Servicing LLC,
                PO BOX 0049,    Palatine, IL 60055-0049
```

```
District/off: 0312-1          User: admin              Page 2 of 3                   Date Rcvd: Jun 16, 2017
                              Form ID: 148             Total Noticed: 64


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515949228      +EDI: HFC.COM Jun 16 2017 21:23:00      Household Finance,    961 Weigel Drive,
                 Elmurst, IL 60126-1050
515949229       EDI: IIC9.COM Jun 16 2017 21:23:00     IC System,    ATTN Verizon,    PO Box 64378,
                 Saint Paul, MN 55164-0378
515949230       EDI: IRS.COM Jun 16 2017 21:23:00      IRS,   Department of the Treasury,    PO Box 21126,
                 Philadelphia, PA 19114-0326
515949231      +EDI: LTDFINANCIAL.COM Jun 16 2017 21:23:00      LTD Financial Services,
                 7322 Southwest Fwy, Ste. 1600,    Houston, TX 77074-2134
515949232       EDI: RESURGENT.COM Jun 16 2017 21:23:00      LVNV Funding,    Resugent Capital Services,
                 PO Box 10584,    Greenville, SC 29603-0584
516142969       EDI: RESURGENT.COM Jun 16 2017 21:23:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
516143043       EDI: RESURGENT.COM Jun 16 2017 21:23:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of General Electric Capital,    Corporation,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
515949234       EDI: AIS.COM Jun 16 2017 21:23:00      Midland Funding LLC,    American Infosource LP agent,
                 PO Box 4457,    Houston, TX 77210-4457
515949233      +EDI: MID8.COM Jun 16 2017 21:23:00     Midland Funding LLC,    8875 Aero Dr., Ste 200,
                 San Diego, CA 92123-2255
515949235      +EDI: GMACFS.COM Jun 16 2017 21:23:00      National/Ally Financial,    POB 380901,
                 Bloomington, MN 55438-0901
515949237       EDI: PRA.COM Jun 16 2017 21:23:00      Portfolio Recovery Assoc.,    ATTN Lowes,
                 120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4962
516109774       EDI: Q3G.COM Jun 16 2017 21:23:00      Quantum3 Group LLC as agent for,    Sadino Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
515949240       EDI: CITICORP.COM Jun 16 2017 21:23:00      Radio Shack/CBN,    PO Box 6497,
                 Sioux Falls, SD 57117-6497
516084965       EDI: NEXTEL.COM Jun 16 2017 21:23:00      Sprint Corp,    Attn Bankruptcy Dept,    PO Box 7949,
                 Overland Park KS 66207-0949
515949248       EDI: RMSC.COM Jun 16 2017 21:23:00      SYNCHRONY Bank,    POB 960061,    Orlando, FL 32896-0061
515949243       EDI: SEARS.COM Jun 16 2017 21:23:00      Sears/CBNA,    POB 6282,    Sioux Falls, SD 57117-6282
515949245       EDI: NEXTEL.COM Jun 16 2017 21:23:00      Sprint LD,    PO Box 3827,    Englewood, CO 80155-3827
515949250       EDI: TDBANKNORTH.COM Jun 16 2017 21:23:00      TD Bank NA,    POB 219,
                 Lewiston, ME 04243-0219
515949252       EDI: OPHSUBSID.COM Jun 16 2017 21:23:00      Vanda LLC,    c/o Weinstein & Riley, P.,
                 2001 Western Ave Ste 400,    Seattle, WA 98121-3132
515949253      +EDI: VERIZONWIRE.COM Jun 16 2017 21:23:00      Verizon Wireless,    POB 26055,
                 Minneapolis, MN 55426-0055
515949256      +EDI: WFFC.COM Jun 16 2017 21:23:00     WFFNB/Raymour & Flanigan,    POB 14517,
                 Des Moines, IA 50306-3517
515949255      +EDI: BLUESTEM Jun 16 2017 21:23:00     Webbank/Fingerhut,    6250 Ridgewood Road,
                 Saint Cloud, MN 56303-0820
                                                                                                TOTAL: 39

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2017                                Signature:  /s/Joseph Speetjens

```
District/off: 0312-1           User: admin                   Page 3 of 3              Date Rcvd: Jun 16, 2017
                               Form ID: 148                  Total Noticed: 64
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 16, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Jeanette F. Frankenberg    on behalf of Creditor    Ditech Financial LLC cmecf@sternlav.com
              Raymond   Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Scott M. Zauber    on behalf of Debtor George  Taylor,, Jr. szauber@subranni.com,
               ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.co
               m;hinnaurato@subranni.com
              Thomas J Subranni    on behalf of Debtor George  Taylor,, Jr. jwiesner@subranni.com,
               ecorma@subranni.com;jwiesner@subranni.com;hinnaurato@subranni.com;G21182@notify.cincompass.com;sz
               auber@subranni.com;cwild@subranni.com;ecf@subranni.com
                                                                                             TOTAL: 7
```